```
               IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON
```

ROBERT ANDERSON,                                      CV. 05-1577-HU

        Petitioner,                                 ORDER
   v.

JEAN HILL,

        Respondent.

REDDEN, Judge

    Petitioner's motion to dismiss petition (#17) is GRANTED. This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this __6th___ day of July, 2006.


                                       __/s/ James A. Redden

                                          James A. Redden

                                          United States District Judge

1 -- ORDER